1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHOKCHAI KRONGKEIT,

11              Petitioner,              No. 2:11-cv-2354 GEB CKD P

12         vs.

13   MATTHEW CATE,

14              Respondent.             ORDER

15   _____/

16          Petitioner is a California prisoner proceeding pro se with a petition for writ of

17   habeas corpus under 28 U.S.C. § 2254.  He requests that the court stay this action so he may

18   exhaust state court remedies as to two new claims:  1) he was denied due process because he pled

19   guilty without an adequate understanding of the consequences; and 2) his rights under the Sixth

20   and Fourteenth Amendments were violated when he was denied an interpreter at his preliminary

21   hearing.  Respondent opposes a stay.  The court has discretion to stay a fully exhausted habeas

22   petition to allow the petitioner to exhaust state court remedies with respect to additional claims.

23   See e.g. Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003).

24          Petitioner fails to provide any facts in support of his first claim.  That being the

25   case, the court cannot find there is any good reason to allow petitioner a stay so that he may

26   exhaust state court remedies.  Likewise a stay is not appropriate with respect to petitioner's

1

second claim because petitioner has no federal right to a preliminary hearing.  <u>See</u> <u>e.g.</u> <u>Peterson</u> <u>v. California</u>, 604 F.3d 1166, 1169 (9th Cir. 2010).  Since habeas relief under 28 U.S.C. § 2254 can only be granted for violations of federal law, the court could not grant petitioner relief on his second claim even if state court remedies were exhausted.

   For these reasons, petitioner's request for a stay will be denied.  Petitioner requests that if the court denies a stay, petitioner be granted an extension of time to file his traverse.  Good cause appearing, that request will be granted.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  Petitioner's May 1, 2012 request for a stay is denied.

   2.  Petitioner's May 1, 2012 request for an extension of time is granted.

   3.  Petitioner shall file his traverse within 30 days of this order.

Dated: June 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kron2354.sty