IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHOKCHAI KRONGKIET,

       Petitioner,           No. 2:11-cv-2354 GEB CKD P

   vs.

MATTHEW CATE,

       Respondent.     <u>ORDER</u>

_____/

       A review of respondent's answer reveals that exhibit B, a decision from the Superior Court of Sacramento County, is illegible.  Good cause appearing, IT IS HEREBY ORDERED that, within seven days, respondent file with the court a legible copy of exhibit B attached to respondent's answer.

 Dated: July 24, 2012

                                  _____
                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

1
kron2354.fb