IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHOKCHAI KRONGKIET,

    Petitioner,               No. 2:11-cv-2354 GEB CKD P

    vs.

MATTHEW CATE,

    Respondent.          <u>ORDER</u>

                       /

        A review of respondent's answer reveals that exhibit B, a decision from the Superior Court of Sacramento County, is illegible. Good cause appearing, IT IS HEREBY ORDERED that, within seven days, respondent file with the court a legible copy of exhibit B attached to respondent's answer.

 Dated: July 24, 2012

                                          */s/ Carolyn K. Delaney*
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

1
kron2354.fb

1